# IRA LEVINE, ESQ.
*Attorney at Law*

---

543 Broadway
Massapequa, New York 11758-5009
(516) 541-1072
ilevinelaw@optonline.net

October 30, 2019

Hon. Eric N. Vitaliano
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  Government Employees Insurance Co. v. Axial Chiropractic P.C., et al
     Case No.: 19 CV 05570-ENV-SMG

Dear Judge Vitaliano:

I represent the co-defendants Lefcort MUA Chiropractic, P.C. and Lawrence Lefcort, D.C. in this action. Enclosed please find a fully signed stipulation extending the time for these defendants to answer the complaint, or move with respect thereto, to November 22, 2019.

I would appreciate if Your Honor would "so order" the stipulation.

This is the first application made by these defendants to extend their time to answer the complaint.

Respectfully submitted,

IRA LEVINE

cc   Rivkin Radler LLP
     (via ECF)