UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,

                        Plaintiffs,

      -against-

AXIAL CHIROPRACTIC P.C.,
AXIAL CHIROPRACTIC P.C.,
ACTION CHIROPRACTIC P.C.,
ACTION CHIROPRACTIC P.C.,
BRUCE BROMBERG, D.C.,
LEFCORT MUA CHIROPRACTIC, P.C.,
LAWRENCE LEFCORT, D.C.,
GLENN ROSENBERG, D.C., P.C. d/b/a SOUTH SHORE SPINAL CARE,
GLENN ROSENBERG, D.C.,
DAVID MARCUS COTY, D.C.,
ROBERT LUCA, D.C., and
ARCHER IRBY, D.C.,

                        Defendants.
------------------------------------------------------------------------ x

Case No.: 19 CV 05570 (ENV)(SMG)

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER COMPLAINT**

     **IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the plaintiff and the defendants LEFCORT MUA CHIROPRACTIC, P.C. and LAWRENCE LEFCORT, D.C., ("Defendants") that the time for Defendants to answer the complaint or move with respect thereto, is extended to November 22, 2019. Defendants agree that they will not interpose any defense, whether by motion or answer, based on allegations of improper service of process.

     Facsimile copies of signatures shall be deemed to be originals.

Dated: October 29, 2019

_____
IRA LEVINE, ESQ.
543 Broadway
Co-counsel for Defendants
Lefcort MUA Chiropractic, P.C. and
Lawrence Lefcort, D.C.
Massapequa, New York 11758
Tel: 516-541-1072
Email: ilevinelaw@optonline.net


STRAUSS TERRY LAW GROUP, PLLC
Co-counsel for Defendants
Lefcort MUA Chiropractic, P.C. and
Lawrence Lefcort, D.C.
Massapequa, New York 11758
1248 A Clintonville Street
Whitestone, NY 11357
Tel: (718) 767-6100
saslawnyc@aol.com

RIVKIN RADLER LLP

By: _____
    Max Gershenoff, Esq.
Attorney for Plaintiff
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000
max.gershenoff@rivkin.com

**So Ordered:**


_____
USDJ
Dated: