UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY
CO.,

                    Plaintiffs,

-against-

AXIAL CHIROPRACTIC, PC,
AXIAL CHIROPRACTIC, PC,
ACTION CHIROPRACTIC, PC
ACTION CHIROPRACTIC, PC
BRUCE BROMBERG, DC
LEFCORT MUA CHIROPRACTIC, PC
LAWRENCE LEFCORD, DC
GLENN ROSENBERG, DC, PC d/b/a SOUTH
SHORE SPINAL CARE,
GLENN ROSENBERG, DC
DAVID MARCUS COTY, DC
ROBERT LUCA, DC and
ARCHER IRBY, DC

                    Defendants.
-----------------------------------------------------------------

Case No.: 19-CV-05570 (ENV) (SMG)

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the plaintiffs, and the defendants Bruce Bromberg, D.C., Axial Chiropractic, P.C., Action Chiropractic, P.C., Glenn Rosenberg, D.C., and Glenn Rosenberg, D.C., P.C. d/b/a South Shore Spinal Care, that the time to file their Answer to the Complaint, or otherwise move with respect thereto, shall be extended up to and including November 30, 2019. Defendants agree that they will not interpose any defense, whether by motion or Answer, with respect to Service of Process.

    Facsimile copies of signatures shall be deemed as originals.

Dated:   November 5, 2019

_____
By: Max Gershonoff
RIVKIN RADLER
Attorneys for Plaintiffs
926 RXR Plaza
Uniondale, New York 115556
516-357-3000

_____
By: Eitan Nof
MANDELL & SANTORA
Attorneys for Defendants
*Bruce Bromberg, DC,*
*Axial Chiropractic, P.C.*
*Action Chiropractic, P.C.*
*Glenn Rosenberg, DC and*
*Glenn Rosenberg, DC, P.C.*
*d/b/a South Shore Spinal Care*
29 Broadway
Lynbrook, NY 11563
(516) 599-8866

**So Ordered:**


_____
USDJ
Dated: