

WWW.RIVKINRADLER.COM

**STEVEN T. HENESY**
PARTNER
(516) 357-3308
Steven.henesy@rivkin.com

July 23, 2020

**VIA ECF**

Honorable Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: *Government Employees Ins. Co., et al. v. Axial Chiropractic PC, et al.*
           Docket No. 1:19-cv-05570(ENV)(SMG)
           RR File No.:  005100-02814

Dear Judge Gold:

This firm represents Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs" or "GEICO") in connection with the above-referenced matter. Together with counsel for Defendants Bruce Bromberg, D.C., Axial Chiropractic P.C., Action Chiropractic P.C., Glenn Rosenberg, D.C., Glenn Rosenberg, D.C., P.C. d/b/a South Shore Spinal Care, Lefcort MUA Chiropractic, P.C., Lawrence Lefcort, D.C., and Robert Luca, D.C. (collectively, the "Defendants" and with Plaintiffs, the "Parties") we jointly and respectfully submit this letter, pursuant to the Court's June 17, 2020 Order (Docket No. 61) to advise the Court of the depositions scheduled by the Parties.

In particular, the Parties have agreed to the following deposition schedule:

- September 24, 2020 – Robert Luca, D.C.
- September 29 and 30, 2020 – GEICO corporate representative(s) pursuant to Fed. R. Civ. P. 30(b)(6)[1]
- October 1, 2020 – Glenn Rosenberg, D.C. and Glenn Rosenberg, D.C., P.C. d/b/a South Shore Spinal Care

---

[1] Plaintiffs have raised and reserved objections to the Fed. R. Civ. P. 30(b)(6) notice served by Defendants Bruce Bromberg, D.C., Axial Chiropractic, P.C., Action Chiropractic, P.C., Glenn Rosenberg, D.C., and Glenn Rosenberg, D.C., P.C. d/b/a South Shore Spinal Care (collectively, the "Bromberg/Rosenberg Defendants"). However, Plaintiffs' counsel and counsel for the Bromberg/Rosenberg Defendants have had preliminary discussions about these objections, and intend to further meet and confer before making any request for the Court's intervention. In addition, counsel for Defendant Robert Luca, D.C. ("Luca") has requested that one of these dates be reserved for their own deposition pursuant to a Fed. R. Civ. P. 30(b)(6) notice – though Luca has yet to serve said notice. For clarity's sake, we have included the second deposition date in this schedule, and Plaintiffs reserve all rights and objections to the prospective Fed. R. Civ. P. 30(b)(6) notice from Defendant Luca.



Honorable Steven M. Gold
Page 2

- October 2, 2020 – Bruce Bromberg, D.C., Axial Chiropractic, P.C., and Action Chiropractic, P.C.
- October 7, 2020 – Defendants Lawrence Lefcort, D.C. and Lefcort MUA Chiropractic, P.C.

We appreciate the Court's attention to this matter.

                                        Respectfully submitted,

                                        RIVKIN RADLER LLP

                                        */s/ Steven T. Henesy*
                                        Steven T. Henesy

Cc:     All counsel of record (*via* ECF).