UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and
GEICO CASUALTY CO.,

                                Plaintiffs,

    -against-

AXIAL CHIROPRACTIC P.C.,
AXIAL CHIROPRACTIC P.C.,
ACTION CHIROPRACTIC P.C.,
ACTION CHIROPRACTIC P.C.,
BRUCE BROMBERG, D.C.,
LEFCORT MUA CHIROPRACTIC, P.C.,
LAWRENCE LEFCORT, D.C.,
GLENN ROSENBERG, D.C., P.C. d/b/a SOUTH SHORE
SPINAL CARE,
GLENN ROSENBERG, D.C.,
DAVID MARCUS COTY, D.C.,
ROBERT LUCA, D.C., and
ARCHER IRBY, D.C.,

                                  Defendants.
---------------------------------------------------------------------X

Docket No.:

1:19-cv-05570-ENV-VMS

**NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 15, 16, AND 21 FOR LEAVE TO AMEND THE COMPLAINT AND ADD ADDITIONAL DEFENDANTS**

       **PLEASE TAKE NOTICE** that Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (collectively "Plaintiffs" or "GEICO") respectfully move, pursuant to Fed. R. Civ. P. 1, 16, and 21 to re-open the deadline for amendments, for leave to amend the complaint, and add additional defendants.

       **PLEASE TAKE FURTHER NOTICE** that Plaintiffs intend to file and serve reply papers in further support of this motion, to the extent that the Defendants serve opposition papers.

Dated: Uniondale, New York
February 1, 2021

Respectfully submitted,

By:   /s/ *Steven T. Henesy*
    Barry I. Levy, Esq.
    Max Gershenoff, Esq.
    Steven Henesy, Esq.
    Yonatan Bernstein, Esq.
    926 RXR Plaza
    Uniondale, New York  11556
    (516) 357-3000
    *Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company*