# Strauss Terry Law Group, P.L.L.C.

*Attorneys & Staff*

*Stephen A. Strauss, Esq.*
*Colleen Terry, Esq.*
*Jason Rodriguez, paralegal*
*Christina Gomez, paralegal*
*Kyle John, paralegal*
*Donna Pasch, paralegal*

**Main Location**
*1248 A Clintonville Street*
*Whitestone, New York 11357*
*Telephone: 718 767 6100*
*Facsimile: 718 767 6101*

*Other Locations:*
*Manhattan*
*Long Island*

Date: March 8, 2021

sender: Stephen A. Strauss, Esq.
email: saslawnyc@aol.com

Via ECF
Magistrate Judge Vera M. Scanlon
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Government Employees Insurance Co., et. Al v Axial Chiropractic et. Al.
Civil Action N0.: 1:19-cv-05570-ENV-VMS
Lefcort Defendant's Request to have exhibits 4,5,12 Sealed due to confidentiality

Dear Magistrate Judge Vera M. Scanlon:

Please note The Strauss Terry Law Group, PLLC represents the Lefcort defendants in the above referenced matter. We write this letter in furtherance of our Opposition to the plaintiff's Motion to Amend (docket #72).

Please note pursuant to the confidentiality agreement entered into by all parties, the following exhibits in the Lefcort defendant's Opposition have been deemed confidential:
1) GEICO deposition transcript on 9/29/20 exhibit 4
2) GEICO deposition transcript on 10/21/20 exhibit 5
3) GEICO SIU report exhibit 12

Our office has filed the above inadvertently on the ECF when we filed our Opposition. As such our office is requesting that the above exhibit documents be sealed.

Our office will redact same from ECF and request guidance from the Court regarding our office mailing hard copies to the Court or for other and further direction.

Respectfully submitted

Stephen A. Strauss, Esq.