UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO     Docket No.:
INDEMNITY CO., GEICO GENERAL INSURANCE            1:19-cv-05570-ENV-VMS
COMPANY and GEICO CASUALTY CO.,

             Plaintiffs,

 -against-

AXIAL CHIROPRACTIC, P.C.,
ACTION CHIROPRACTIC, P.C.,
BRUCE BROMBERG, D.C.,
LEFCORT MUA CHIROPRACTIC, P.C.,
BAYSIDE PHYSICAL THERAPY, CHIROPRACTIC, &
ACUPUNCTURE, P.L.L.C.,
LAWRENCE LEFCORT, D.C.,
KYUNG HEE YOO, P.T., L.Ac.,
GLENN ROSENBERG, D.C., P.C. d/b/a SOUTH SHORE
SPINAL CARE,
GLENN ROSENBERG, D.C.,
DAVID MARCUS COTY, D.C.,
ROBERT LUCA, D.C., and
ARCHER IRBY, D.C.,

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

 THIS STIPULATION AND ACKNOWLEDGEMENT OF SERVICE is made by and between Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Co. and GEICO Casualty Co. ("Plaintiffs"), and Defendants Bayside Physical Therapy, Chiropractic, & Acupuncture, P.L.L.C. ("Bayside") and Kyung Hee Yoo, P.T., L.Ac. ("Yoo"), by and through their respective undersigned counsel, as follows:

 1. Counsel for Bayside and Yoo has agreed to accept service of Plaintiffs' Amended Complaint on behalf of Bayside and Yoo; and

 2. Bayside and Yoo hereby waive any objections to the absence of a summons or of service of the Amended Complaint under Fed. R. Civ. P. 4 and 5.

**IT IS HEREBY STIPULATED AND AGREED BY:**

Dated: July 9, 2021

By: /s/ Steven T. Henesy
Steven T. Henesy, Esq.
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, NY 11556
(516) 357-3308
*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

Dated: July 9, 2021

By:  /s/ Stephen Strauss
Stephen Strauss, Esq.
LAW OFFICE OF STEPHEN A. STRAUSS, P.C.
329 New York Avenue, 2nd Floor
Huntington, New York 11743
(516) 745-1122
*Counsel for Defendants Bayside Physical Therapy, Chiropractic, & Acupuncture, P.L.L.C. and Kyung Hee Yoo, P.T.*