# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co., <br><br> Plaintiffs, <br><br> vs. <br><br> Axial Chiropractic P.C., Axial Chiropractic P.C., Action Chiropractic P.C., Action Chiropractic P.C., Bruce Bromberg, D.C., Lefcort MUA Chiropractic, P.C., Lawrence Lefcort, D.C., Glenn Rosenberg, D.C., P.C. d/b/a South Shore Spinal Care, Glenn Rosenberg, D.C., David Marcus Coty, D.C., Robert Luca, D.C., and Archer Irby, D.C., <br><br> Defendants. | Civil Action No. 1:19-cv-05570-ENV-SMG <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS LEFCORT MUA CHIROPRACTIC, P.C. AND LAWRENCE LEFCORT, D.C. TO RESPOND TO PLAINTIFFS' MOTION TO STAY** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the time for Defendants Lefcort MUA Chiropractic, P.C. and Lawrence Lefcort, D.C. (collectively, the "Lefcort Defendants") to respond to Plaintiffs' Letter Motion to Stay dated July 7, 2021 (Dkt. #94) is hereby extended through and including July 27, 2021.

Dated: July 14, 2021

| | |
|---|---|
| **RIVKIN RADLER LLP** <br> 926 RXR Plaza <br> Uniondale, NY 11556-0926 <br> 516.357.3000 <br> *Attorneys for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.* | **CHIESA SHAHINIAN & GIANTOMASI PC** <br> 11 Times Square, 34th Floor <br> New York, New York 10036 <br> 212.973.0572 <br> *Attorneys for Defendants Lefcort MUA Chiropractic, P.C. and Lawrence Lefcort, D.C.* |
| By: */s/ Max Gershenoff* <br>      Max Gershenoff, Esq. | By: */s/ A. Ross Pearlson* <br>      A. Ross Pearlson, Esq. |

**SO ORDERED:**

_____
HON. VERA M. SCANLON, U.S.M.J.

4821-9565-6433.v1