# Law Office of Stephen A. Strauss, P.C.

<u>Attorneys & Staff</u>
Stephen A. Strauss, Esq.

**<u>Main Location</u>**
329 New York Avenue, 2nd floor
Huntington, New York 11743
Telephone: (631) 760-1300
Email: saslawnyc@aol.com

Date January 24, 2024

sender: Stephen A. Strauss, Esq.
 email: saslawnyc@aol.com

<u>Via ECF</u>
Hon. Vera M. Scanlon, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Government Employees Insurance Co., et al. v Axial Chiropractic P.C.
      <u>Civil Action No. 1:19-cv-05570-ENV-SMG</u>

Dear Judge Scanlon:

The Straus Terry Law Group, PLLC, together with Chiesa Shahinian & Giantomasi, PC represent Defendant(s) Lawrence Lefcort, D.C., and Lefcort MUA, PC. (Hereinafter, "the Lefcort Defendants"). The Straus Terry Law Group, PLLC also represents Bayside Physical Therapy, Chiropractic & Acupuncture, PLLC (Hereinafter "Bayside, PLLC") regarding the above referenced matter.

Kindly note this matter has been settled and discontinued with prejudice, with a Stipulation of Discontinuance being filed with this Court.

At this time the defendant's hereby respectfully requests that the entire record be sealed. The reasons for the request are that there are allegations in the complaint that never came to fruition at a trial and as such remain allegations which may be damaging to the defendants reputation and/or business.

Cc: Rivkin Radler

Stephen A. Strauss, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO.,

    Plaintiffs,

–against–

AXIAL CHIROPRACTIC, P.C., et al.,

    Defendants.

Docket No.:
1:19-cv-05570-ENV-VMS

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiffs and Defendants Lawrence Lefcort, D.C., Lefcort MUA Chiropractic, P.C., Kyung Hee Yoo, P.T., L.Ac., and Bayside Physical Therapy, Chiropractic, & Acupuncture, P.L.L.C. that all claims asserted by Plaintiffs against Defendants Lawrence Lefcort, D.C., Lefcort MUA Chiropractic, P.C., Kyung Hee Yoo, P.T., L.Ac., and Bayside Physical Therapy, Chiropractic, & Acupuncture, P.L.L.C. in this action are dismissed, with prejudice and without costs, pursuant to Fed. R. Civ. Proc. 41(a)(1).

RIVKIN RADLER LLP

By: _____
Steven T. Henesy, Esq.
926 RXR Plaza
Uniondale, NY 11556
*Counsel for Plaintiffs*

LAW OFFICE OF STEPHEN A. STRAUSS, P.C.

By: _____
Steven A. Strauss, Esq.
329 New York Avenue, 2nd floor
Huntington, NY 11743
*Counsel for Defendants Lawrence Lefcort, D.C., Lefcort MUA Chiropractic, P.C., Kyung Hee Yoo, P.T., L.Ac., and Bayside Physical Therapy, Chiropractic, & Acupuncture, P.L.L.C.*